UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
CLAREMONT HOLDING CO., LLC,                    Bk. No. 19-10662-BAH
        Debtor                                  Chapter 11

## AMENDMENT COVER SHEET

An amendment to the following petition, lists, schedules or statements is transmitted herewith:

    _____    Voluntary petition
    _____    Statement About Your Social Security Number[1]
    _____    Statement of Financial Affairs
    _____    Schedule A/B – Property[2]
    _____    Schedule C - Property Claimed as Exempt
    _____    Schedule D – Creditors Who Have Claims Secured by Property[2,3]
    __X__   Schedule E/F – Creditors Who Have Unsecured Claims[2,3]
    _____    Schedule G - Executory Contracts and Unexpired Leases
    _____    Schedule H - Co-Debtors
    _____    Schedule I – Your Income[2,4]
    _____    Schedule J – Your Expenses[2,4]
    _____    Form 122A-1 (Chapter 7 Statement of Your Current Monthly Income)[2]
    _____    Form 122A-1Supp (Statement of Exemption from Presumption of Abuse Under § 707(b)(2))
    _____    Form 122A-2 (Means Test Calculation)
    _____    Form 122B (Chapter 11 Statement of Your Current Monthly Income)[2]
    _____    Form 122C-1 (Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period)[2]
    _____    Form 122C-2 (Chapter 13 Calculation of Your Disposable Income)
    _____    Summary of Assets and Liabilities
    __X__   List of Creditors[3]
    _____    Statement of Intention for Individuals Filing Under Chapter 7
    __X__   List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders in Chapter 9 or 11 Cases
    _____    Disclosure of Compensation of Attorney for Debtor
    _____    Other [Please specify: _____ ]

In connection with the filing of this amendment, I acknowledge that I have read and understood the terms of *LBR 1009-1*.

Date: June 12, 2019                                      /s/ William S. Gannon
                                                            William S. Gannon, BNH 01222
                                                            Attorney for:
                                                            **CLAREMONT HOLDING CO., LLC**
                                                            William S. Gannon, PLLC
                                                            889 Elm Street, 4th Floor
                                                            Manchester, NH 03101
                                                            Tel. No. 603-621-0833

---

[1] Amendment of the debtor's Social Security number requires that an amended *LBF 5005-4* or Official **Bankruptcy** Form 121 — Statement About Your Social Security Numbers be submitted to the clerk's office, in addition to the filing of the amendment. The amendment must comply with the final four-digit Social Security number requirement of Bankruptcy Rule 1005, while the copy mailed to affected parties must list the complete Social Security number.

[2] Attach Summary of Assets and Liabilities.

[3] Fee submitted for Amendment to Schedules D, E/F or the List of Creditors. *No fee is required to change the address of a creditor or to add the name and address of an attorney for a listed creditor.*

[4] Any amendment to Schedule I requires an amendment to Schedule J. Schedule I must always be filed with any amendment to Schedule J.

LBF 1009-1A (Eff. 11/1/16)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                          CHAPTER 11

**CLAREMONT HOLDING CO., LLC**                                  Case No. 19-10662-BAH

    Debtor

**DEBTOR'S AMENDMENT TO SCHEDULE F, LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS AND MAILING MATRIX**

The debtor, **Claremont Holding Co., LLC** (the "Debtor") hereby amends Schedule F, the List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders and the Creditor Mailing Matrix as follows:

**Schedule F and Creditor Mailing Matrix** (see attached Amended Schedule E/F and Amended Summary of Assets and Liabilities for Non-Individuals):

    **Amended to ADD the following Creditors/Claims:**

| | |
|---|---|
| Excalibur Management Services, Inc.<br>6 Manchester Street<br>Nashua, NH 03064 | $10,941.73 |
| Fireball Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | $1,566.27 |
| Fireball Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | $286.82 |
| OVB Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | $974.55 |

**List of Creditors Holding 20 Largest Unsecured Claims** (see attached Amended List of Creditors):

**Amended to ADD the following Creditors:**

| | |
|---|---|
| Excalibur Management Services, Inc.<br>6 Manchester Street<br>Nashua, NH 03064 | $10,941.73 |
| Fireball Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | $1,566.27 |
| Fireball Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | $286.82 |
| OVB Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | $974.55 |

**Amended to CORRECT the claim amount for the following Creditor:**

| Creditor's Name | Unsecured Claim |
|---|---|
| Eversource | $149.72 |

**Amended to ADD addresses for the following Creditors:**

| Creditor's Name | Address |
|---|---|
| Cole Hodge | 25 Trinity Street, Claremont, NH 03743 |
| Dale West | 142 Pearl Street, Claremont, NH 03743 |
| Jennifer Hayden | 23 Trinity Street, Claremont, NH 03743 |

**List of Creditors Holding 20 Largest Unsecured Claims and Creditor Mailing Matrix** see attached Amended List of Creditors):

**Amended to DELETE the following Creditors:**

| Creditor's Name and Address | Unsecured Claim |
|---|---|
| DeCamp Trucking<br>425 Washington Street #192<br>Claremont, NH 03743 | $1,566.27 |

Irving Energy $28,482.51
P.O. Box 11013
Lewiston, ME 04243

                                 Respectfully Submitted,

                                 Claremont Holding Co., LLC

Dated: June 11, 2019                 by /s/ Charles R. Sargent, Jr.
                                 Charles R. Sargent, Jr., Owner

Dated: June 12, 2019                 /s/ William S. Gannon
                                 William S. Gannon (BNH 01222)

                                 Counsel to:

                                 **CLAREMONT HOLDING CO. LLC**

                                 WILLIAM S. GANNON PLLC
                                 889 Elm Street, 4th Floor
                                 Manchester NH 03101
                                 PH: 603-621-0833

CERTIFICATE OF SERVICE

    I hereby certify that on this date I served the foregoing pleading on each person/entity named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

All persons/ entities named on the CM/ECF Electronic Service List.

~ and ~

Excalibur Management Services, Inc.
6 Manchester Street
Nashua, NH 03064

Fireball Realty LLC
333 South Willow Street, PMB 217
Manchester, NH 03103

OVB Realty LLC
333 South Willow Street, PMB 217
Manchester, NH 03103

Cole Hodge
25 Trinity Street
Claremont, NH 03743

Dale West
142 Pearl Street
Claremont, NH 03743

Jennifer Hayden
23 Trinity Street
Claremont, NH 03743

DeCamp Trucking
425 Washington Street #192
Claremont, NH 03743

Irving Energy
P.O. Box 11013
Lewiston, ME 04243

DATED: June 12, 2019            /s/ Beth E. Venuti
                                            Beth E. Venuti, Paralegal

**Fill in this information to identify the case:**

Debtor name: **Claremont Holding Co., LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known): **19-10662**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Claremont**<br>**City Treasurer's Office**<br>**58 Opera House Square**<br>**Claremont, NH 03743** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71,533.43 | $0.00 |
|  | Date or dates debt was incurred<br>**4/3/18-3/5/19** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Cole Hodge**<br>**25 Trinity Street**<br>**Claremont, NH 03743** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 | $1,100.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Debtor **Claremont Holding Co., LLC**  
Name

Case number (if known) **19-10662**

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Dale West**<br>**142 Pearl St**<br>**Claremont, NH 03743** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00   $1,250.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.4 | Priority creditor's name and mailing address<br>**Jennifer Hayden**<br>**23 Trinity Street**<br>**Claremont, NH 03743** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,050.00   $1,050.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Eversource**<br>**P.O. Box 330**<br>**Manchester, NH 03105-0303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $149.72 |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Excalibur Management Services, Inc.**<br>**6 Manchester Street**<br>**Nashua, NH 03064** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,941.73 |
| | Date(s) debt was incurred _ | Basis for the claim: **Misc. operating costs paid for the Debtor** | |
| | Last 4 digits of account number **Irving Energy** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Fireball Realty LLC**<br>**333 South Willow Street, PMB 217**<br>**Manchester, NH 03103** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,566.27 |
| | Date(s) debt was incurred _ | Basis for the claim: **Misc. operating costs paid for the Debtor** | |
| | Last 4 digits of account number **DeCamp Trucking** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Claremont Holding Co., LLC** | Case number (if known) | **19-10662** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address<br>**Fireball Realty LLC**<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $286.82 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **Eversource** | Basis for the claim: **Misc. operating costs paid for the Debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**IPFS**<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,611.64 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **5/18/18-5/22/19**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | Nonpriority creditor's name and mailing address<br>**OVB Realty LLC**<br>373 South Willow Street, PMB 217<br>Manchester, NH 03103 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $974.55 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **Eversource** | Basis for the claim: **Misc. operating costs paid for the Debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | The Cass Agency (Insurance)<br>P.O. Box 1233<br>Westbrook, ME 04098 | Line **3.5**<br>☐ Not listed. Explain ____ | — |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 74,933.43 |
| 5b. Total claims from Part 2 | 5b. + | $ | 26,530.73 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 101,464.16 |

**Fill in this information to identify the case:**

Debtor name: **Claremont Holding Co., LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**

Case number (if known): **19-10662**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................................. $ 898,000.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................................. $ 15,462.00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................................................ $ 913,462.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..... $ 1,530,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................. $ 74,933.43

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................... +$ 26,530.73

4. **Total liabilities** .......................................................................................................................... $ 1,631,464.16
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: **Claremont Holding Co., LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known): 19-10662

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Claremont  City Treasurer's Office  58 Opera House Square  Claremont, NH 03743 | | | | | | $71,533.43 |
| Cole Hodge  25 Trinity Street  Claremont, NH 03743 | | Security Deposit | | | | $1,100.00 |
| Dale West  142 Pearl St  Claremont, NH 03743 | | Security Deposit | | | | $1,250.00 |
| Dave and Kathy Holden  c/o J.L.Sweeney, III, Esq.  6 Manchester Street  Nashua, NH 03064 | | Summer, Pearl | | $265,000.00 | $150,000.00 | $115,000.00 |
| Eversource  P.O. Box 330  Manchester, NH 03105-0303 | | Utilities | | | | $149.72 |
| Excalibur Management Services, Inc.  6 Manchester Street  Nashua, NH 03064 | | Misc. operating costs paid for the Debtor | | | | $10,941.73 |
| Fireball Realty LLC  333 South Willow Street, PMB 217  Manchester, NH 03103 | | Misc. operating costs paid for the Debtor | | | | $1,566.27 |

Debtor **Claremont Holding Co., LLC**     Case number (if known) **19-10662**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fireball Realty LLC<br>333 South Willow Street, PMB 217<br>Manchester, NH 03103 | | Misc. operating costs paid for the Debtor | | | | $286.82 |
| Flare Investments, LLC<br>13 Pinewood Road<br>Hudson, NH 03051 | | Trinity, Washington, Spruce | | $485,000.00 | $270,000.00 | $215,000.00 |
| Flare Investments, LLC<br>13 Pinewood Road<br>Hudson, NH 03051 | | Meadow, Chestnut | | $450,000.00 | $238,000.00 | $212,000.00 |
| IPFS<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 | | 5/18/18-5/22/19 | | | | $12,611.64 |
| Jennifer Hayden<br>23 Trinity Street<br>Claremont, NH 03743 | | Security Deposit | | | | $1,050.00 |
| OVB Realty LLC<br>373 South Willow Street, PMB 217<br>Manchester, NH 03103 | | Misc. operating costs paid for the Debtor | | | | $974.55 |
| Tower 2013 Trust/MP Enterprises<br>See Schedule D Part 2 for addresses. | | 28 Prospect Street, Claremont, NH | | $330,000.00 | $240,000.00 | $90,000.00 |